UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lexie Williams, | File No. 22-cv-89 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Doctor Morgen, Doctor Klein, and Doctor Hart, *Medical Doctors/Medical Staff*, | |
| Defendants. | |

---

Plaintiff Lexie Williams commenced this action pro se by filing a Complaint on January 13, 2022. Complaint [ECF No. 1] at 3. The case is before the Court on a Report and Recommendation [ECF No. 7] ("R&R") issued by Magistrate Judge Leo I. Brisbois. Magistrate Judge Brisbois recommends dismissing Williams's complaint without prejudice for three reasons: (1) Williams has not yet paid a filing fee or, alternatively, an application to proceed in forma pauperis; (2) though difficult to interpret, the documents Williams has submitted appear to be an improper attack on his civil detention; and (3) Williams has failed to present any factual basis upon which to conclude that the specific Defendants named in this action have done anything unlawful. *See* R&R at 1–3.

Williams has sent three letters to the Court following the R&R. *See* ECF Nos. 8, 9, 10. Like the documents received prior to the R&R, these letters are difficult to interpret both in form and in substance. Although on close reading, the letters do not appear to raise an objection to the R&R, the Court will nonetheless construe them as a non-specific objection and thus review the R&R de novo pursuant to 28 U.S.C. § 636(b)(1) and Local

Rule 72.2(b)(3). The Court has undertaken that de novo review and concluded that Magistrate Judge Brisbois's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. To the extent Williams raises Objections to the Report and Recommendation [ECF Nos. 8, 9, 10] any objections are **OVERRULED**;

2. The Report and Recommendation [ECF No. 7] is **ACCEPTED** in full;

3. The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2022  s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court